**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deimer Steven Alvarez Betancur, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 26-CV-11658-AK |
| v. | ) |
| | ) |
| David Wesling, et al, | ) |
| | ) |
| Respondent (s). | ) |
| | ) |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 4/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 5/5/2026                                                                By the Court,

                                                                /s/ Courtney Horvath
                                                                Deputy Clerk